```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  EASTERN DIVISION
```

ALICE MCARTHUR                                          PLAINTIFF

VS.                                       CIVIL ACTION NO. 4:04CV186LN

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY                                       DEFENDANT

### JUDGMENT

Based on the court's memorandum opinion and order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed.

SO ORDERED AND ADJUDGED this 20th day of December, 2005.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE